UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
UNITED STATES OF AMERICA

        -against-

IRIS HERSKOWITZ BAEZ and
   NICKHOULAS VITALE, a/k/a "Nicky"

                         Defendant.
------------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

07 Cr. 280 (KMK)

S I R S:

      PLEASE TAKE NOTICE that HOWARD R. BIRNBACH, appears for defendant IRIS HERSKOWITZ BAEZ in the above entitled proceeding.

DATED: April 26, 2007

                         ___/s/_____
                         HOWARD R. BIRNBACH
                         Attorney for the Defendant BAEZ
                         111 Great Neck Road – Suite 413
                         Great Neck, New York  11021
                         516-829-6305