

**HOWARD R. BIRNBACH**
ATTORNEY AT LAW
111 GREAT NECK ROAD, SUITE 413
GREAT NECK, NEW YORK 11021
516/829-6305
FAX 516/829-0651

**MEMO ENDORSED**

June 11, 2007

U.S. COURTHOUSE
500 Pearl Street
New York, New York  10007-1312

ATTN: Honorable Judge Kenneth M. Karas

    <u>RE: *USA v. Baez and Vitale* – Docket #07MAG280 (KMK)</u>

07 CR 280

Dear Judge Karas:

    Please be advised that I am the attorney for Iris Baez in the above entitled matter.

    At our last Court appearance, I moved the Court for permission to have the defendant enjoy a family vacation at Lake George, New York from July 8, 2007 through July 17, 2007. Your Honor informed me that the proper forum to address this was Pre-Trial Services.

    I then called Pre-Trial Services and was told that since Ms. Baez is not under formal supervision, the matter should be addressed to both the Office of the U.S. Attorney and the Court. I then contacted Assistant U.S. Attorney Wong and she informed me that the Government would take no position on my application.

    I now respectfully request Ms. Baez be permitted to enjoy this brief vacation during this most stressful time in her life.

    Your kind attention to this request is greatly appreciated.

                                Very truly yours,

                                  HOWARD R. BIRNBACH

cc: Asst. U.S. Attorney Wong

*Denied without prejudice to renew after Pre-Trial Services is consulted.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

6/15/07