## HOWARD R. BIRNBACH
ATTORNEY AT LAW
111 GREAT NECK ROAD, SUITE 413
GREAT NECK, NEW YORK 11021
516/829-6305
FAX 516/829-0651

**MEMO ENDORSED**

June 27, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/07

U.S. COURTHOUSE
500 Pearl Street
New York, New York 10007-1312

ATTN: Honorable Judge Kenneth M. Karas

    RE: *USA v. Baez and Vitale – Docket #07MAG280 (KMK)* 07 CR 280 (KMK)

Dear Judge Karas:

    I had the opportunity to speak today with your law clerk and was informed that the application was denied without prejudice because the matter had to be first submitted to Pre-Trial Services.

    The matter was submitted to Pre-Trial Services and it is their position that since Ms. Baez is not under their direct supervision, the matter should be directed to the Court.

    The Pre-Trial Services officer has indicated that she has no objection to the proposed brief domestic vacation.

    In light of the fact that the requested vacation will be coming on July 8, 2007, a prompt response would be greatly appreciated.

Very truly yours,

HOWARD R. BIRNBACH

cc: Asst. U.S. Attorney Wong

*[Handwritten:]* Ms. Baez may go on vacation provided she gives her contact information to the Government.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

7/5/07