## HOWARD R. BIRNBACH
ATTORNEY AT LAW
111 GREAT NECK ROAD, SUITE 413
GREAT NECK, NEW YORK 11021
516/829-6305
FAX 516/829-0651



June 28, 2007

U.S. COURTHOUSE
500 Pearl Street
New York, New York  10007-1312

ATTN: Honorable Judge Kenneth M. Karas

*RE:  USA v. Baez and Vitale – Docket #~~07MAG280 (KMK)~~ 07 CR 280 (KMK)*

Dear Judge Karas:

I am the attorney for Iris Baez.

Upon further reflection and much research, Ms. Baez will not be submitting a pre-trial motion to dismiss the indictment on the grounds of the Statute of Limitations.

I anticipate that this issue will be raised at trial.

Very truly yours,

HOWARD R. BIRNBACH

cc: Asst. U.S. Attorney Wong (*via fax*)
    Vincent Romano, Esq. (*via fax*)

This letter is to be docketed.

So Ordered.

7/10/07