**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/07

July 11, 2007

**MEMO ENDORSED**

**BY HAND**
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

Re:   <u>United States v. Iris Baez and Nickhoulas Vitale,</u>
       07 Cr. 280 (KMK)

Dear Judge Karas:

On July 9, 2007, the Government wrote to this Court to respectfully request a one-week extension of time to respond to defendant Nickhoulas Vitale's motions filed June 28, 2007. In that letter, the Government mistakenly stated that its response was due July 9, and requested the extension until July 16. This Court granted the Government's request. The Government's response was, in fact, due on July 16, and the Government intended to ask for an extension until July 23. As such, the Government now clarifies that it is respectfully requesting an extension until July 23. As previously stated, both counsel for Nickhoulas Vitale and for Iris Baez consent to the Government's request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Alexander J. Willscher
Christine Y. Wong
Assistant United States Attorneys
P: (212) 637-2736/2460
F: (212) 637-0016

cc:   Howard R. Birnbach, Esq. (counsel for Iris Baez - by fax)
       Vincent Romano, Esq. (counsel for Nickhoulas Vitale - by fax)

*The Government may have until July 23, 2007 to respond to Defendant Vitale's motions.*

SO ORDERED

_____
KENNETH M. KARAS U.S.D.J.
7/12/07