UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED

---

UNITED STATES OF AMERICA,

        Plaintiff,

-v-

IRIS HERSKOWITZ BAEZ,

        Defendant.

Case No. 07-CR-280 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

For the reasons stated on the record today in open court, Defendant Iris Herskowitz Baez's pretrial motion to dismiss Count I of the Indictment (Docket No. 22) is DENIED.

SO ORDERED.

Dated:    New York, New York
            September 21, 2007

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE