UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



United States of America

-v-

Iris Herskowitz Baez,
                Defendant.

Case No.
07-CR-0280-01 (RJS)

AMENDED ORDER
SETTING SENTENCE DATE

RICHARD J. SULLIVAN, District Judge:

       IT IS HEREBY ORDERED that the above-named defendant appear with counsel on Thursday, March 6, 2008 at 10:30am in the United States District Court for the Southern District of New York, Courtroom 21 C for sentence.

       Defendant's pre-sentence memoranda is to be received in Chambers not later than 5pm on February 27. Government's reply, if any, is to be received in Chambers not later than 5pm on March 4.

Dated: January 14, 2008
New York, New York

RICHARD J. SULLIVAN, U.S.D.J.

Any request for adjournment must be made in writing at least three business days prior to the scheduled appearance. Adjournments will be granted only upon consent of all parties and upon good cause shown.