UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



**United States of America**

-v-

**Iris Herskowitz Baez,**
              **Defendant.**

Case No.
07-CR-0280-01 (RJS)

AMENDED ORDER
SETTING SENTENCE DATE

RICHARD J. SULLIVAN, District Judge:

      IT IS HEREBY ORDERED that the above-named defendant appear with counsel on Thursday, March 26, 2008 at 10:30am in the United States District Court for the Southern District of New York, Courtroom 21 C for sentence.

Dated: March _5_, 2008
      New York, New York

                                     RICHARD J. SULLIVAN, U.S.D.J.

Any request for adjournment must be made in writing at least three business days prior to the scheduled appearance. Adjournments will be granted only upon consent of all parties and upon good cause shown.