```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                :

       -v.-                              :    ORDER OF FORFEITURE

IRIS HERSKOWITZ BAEZ,                   :    07 Cr. 280 (RJS)

                  Defendant.         :

- - - - - - - - - - - - - - - - - -x

        WHEREAS, on or about April 11, 2007, IRIS HERSKOWITZ BAEZ (the "Defendant"), was charged in a four-count Indictment, 07 Cr. 280 (RJS) (the "Indictment"), with, among other things, a violation of 18 U.S.C. § 666(a)(1)(B) (Count Two);

        WHEREAS, the Indictment included a forfeiture allegation seeking, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses in Counts One through Four of the Indictment;

        WHEREAS, on or about October 18, 2007, the Defendant pled guilty to Count Two of the Indictment; and

        WHEREAS, on or about March 26, 2008, the Defendant was sentenced and ordered to forfeit $10,000.00 in United States Currency, representing the criminal proceeds resulting from the Defendant's participation in the crime charged in Count Two of the Indictment;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offense charged in Count Two of the Indictment, for which the Defendant pled guilty, a money judgment in the amount of $10,000.00 shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall be final as to the defendant, IRIS HERSKOWITZ BAEZ, at the time of sentencing and shall be made part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

4. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service," and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrews Plaza, New York, New York 10007.

    5.    The United States may, at any time, move pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure to amend this Order of Forfeiture to substitute property to satisfy the money judgment in whole or in part.

    6.    The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

    7.    The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney, Anna E. Arreola, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
       March 26, 2008

                                        SO ORDERED:

                                        _____
                                        HONORABLE RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE