UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

                Plaintiff,

-v-

IRIS HERSKOWITZ BAEZ, and
NICKLOULAS VITALE,

                Defendants.

No. 07 Civ. 280 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The sentencing of defendant Nickloulas Vitale is scheduled for May 8, 2008 at 2:15 p.m. The Court hereby ORDERS that the government make available for testimony, at that sentencing proceeding, the two unindicted co-conspirators referenced at the March 26, 2008 sentencing of defendant Iris Herskowitz Baez. (*See* Transcript of March 26, 2008 Sentencing Proceeding at 7-10; 13.) The testimony of these individuals is relevant to, *inter alia*, issues of restitution, offense level, role in the offense, and the factors set forth in 18 U.S.C. § 3553(a), as they relate to the sentencing of defendant Vitale.

SO ORDERED.

Dated:     April __/__, 2008
             New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE