02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

**NOTICE OF APPEAL**
**Case No. 07 Cr. 280 (KMK)**

IRIS HERSKOWITZ BAEZ, and
NICKHOULAS VITALE,
a/k/a 'Nicky,

Defendants.
---------------------------------------------------------------X

PRO SE OFFICE

S I R S:

PLEASE TAKE NOTICE that **Iris Herskowitz Baez** respectfully appeals from a judgment of conviction entered in the United States District Court, Southern District of New York (Sullivan, J.) entered on March 26, 2008, upon a plea of guilty to the crime of 18 U.S.C. Sec. 666 and sentencing her to six (6) months imprisonment.

DATED: March 28, 2008

Iris Herskowitz Baez
IRIS HERSKOWITZ BAEZ
*Defendant Pro Se*
140 Asch Loop – 4F
Bronx, New York 10475
718-379-9387

TO: United States Attorney's Office
One St. Andrews Place
New York, New York 10007
ATTN: Alexander J. Willscher, AUSA

[handwritten notarization, largely illegible] Sylvia Lask

SYLVIA LASK
Notary Public
Qualified in Bronx County
Notary Public #4675047
Expires 7/31/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

Plaintiff,

-against-

IRIS HERSKOWITZ BAEZ and
NICKHOULAS VITALE,
a/k/a "Nicky",

Defendant.
------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

Docket No. 07 Cr. 280 (KMK)

STATE OF NEW YORK )
)ss.:
COUNTY OF BRONX )

IRIS HERSKOWITZ BAEZ, being duly sworn, deposes and says:

1. I am over 21 years of age, and reside in Bronx, NewYork and I am not a party to this action.

2. On ________________, 2008, at approximately ________ a.m./p.m., I mailed a copy of a Notice of Appeal via First Class Mail to

**United States Attorney's Office**
**One St. Andrews Place**
**New York, New York 10007**
**Attn: Alexander J. Willscher, AUSA**

[signature]

Sworn to before me this
31 day of March, 2008
[signature]
NOTARY PUBLIC

SYLVIA LASK
Notary Public
Qualified in Bronx County
Notary Public #4675047
Expires 7/31/10

ORIGINAL-WHITE DUPLICATE-YELLOW TRIPLICATE-PINK

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
**for the**
**SOUTHERN DISTRICT OF NEW YORK**

E 646438

RECEIVED FROM Iris Herskowitz Baez

NOA / 07 CR 280
Pro Se

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (½) |
| 510100 | Registry Fee |

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DEPUTY CLERK:

Cash Check M.O. Credit

DATE: 20