AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN         DISTRICT OF         NEW YORK

## APPEARANCE

Case Number: 07-CR-00280-RJS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

IRIS HERSKOWITZ BAEZ

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/22/2008 | *[signature]* Murray Richman CS |
| Date | Signature |
| | MURRAY RICHMAN — MR1005 |
| | Print Name / Bar Number |
| | 2027 WILLIAMSBRIDGE ROAD |
| | Address |
| | BRONX / NY / 10461 |
| | City / State / Zip Code |
| | (718) 892-8588 / (718) 518-0674 |
| | Phone Number / Fax Number |