UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



United States of America

-v-

Iris Herskowitz Baez,
                Defendant.

Case No.
07-CR-0280-01 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt a letter from defense counsel requesting that the defendant be designated to FCI Danbury. The Government takes no position on this request.

      The Court has no objection to defendant's request and will recommend to the Bureau of Prisons that due to family circumstances, the defendant be designated to FCI Danbury or another prison in the northeast area that will enable Ms. Baez to maintain contact with her family members while she is incarcerated.

SO ORDERED:

Dated: May 22, 2008
       New York, New York

_____
RICHARD J. SULLIVAN, U.S.D.J.