UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



**United States of America**

-v-

**Iris Herskowitz Baez,**
                 **Defendant.**

Case No.

07-CR-0280-01 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

      Upon motion of the defendant to stay her surrender date from May 28, 2008 until the beginning of July, and upon the consent of the Government to this request,

      IT IS HEREBY ORDERED, that the defendant shall surrender to the Institution designated by the Bureau of Prisons on July 1, 2008.
SO ORDERED:

Dated: May **27**, 2008
       New York, New York

_____
RICHARD J. SULLIVAN, U.S.D.J.